DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC HUGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-0080 OWW |
| ) | |
| *Plaintiff,* ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE HEARING |
| v. ) | |
| ) | DATE:   April 11, 2011 |
| ERIC HUGGINS, ) | TIME:   9:00 A.M. |
| ) | JUDGE: Hon. Oliver W. Wanger |
| *Defendant.* ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 14, 2011, **may be continued to April 11, 2011 at 9:00 A.M.**

This continuance is at the request of defense counsel as defense needs additional time to review the discovery with the client.  Additionally, defense anticipates some investigation will need to be completed before proceeding with the case.  Finally, defense would like an opportunity to discuss possible settlement with the government.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 10, 2011 | By: /s/ David Gappa<br>DAVID GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 10, 2011 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC HUGGINS |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 11, 2011**         /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE