DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC HUGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ERIC HUGGINS,  Defendant. | No. 1:11-cr-00080 OWW  STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING  DATE:  August 22, 2011  TIME:  9:00 A.M.  JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for June 13, 2011, **may be continued to August 22, 2011 at 9:00 a.m.**

This continuance is at the request of defense counsel as defense needs additional time to review the evidence in this case. Some of the items recovered were transferred to ICE offices in southern California. The government is assisting the defense in having all the items transferred to the Fresno office so the defense can properly inspect the items. Additionally, after viewing the evidence, defense would like an opportunity to discuss possible settlement with the government.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|   |   |   |
|---|---|---|
|   | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 7, 2011 | By: | /s/ Henry Carbajal<br>HENRY CARBAJAL<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 7, 2011 | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>ERIC HUGGINS |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 8, 2011**          /s/ Oliver W. Wanger
                       UNITED STATES DISTRICT JUDGE