DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC HUGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>ERIC HUGGINS,<br><br>　　　　*Defendant.* | No. 1:11-cr-00080 OWW<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:　October 24, 2011<br>TIME:　10:00 A.M.<br>JUDGE:　Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 22, 2011, **may be continued to October 24, 2011 at 10:00 a.m.**

　　　　This continuance is at the request of defense counsel as defense needs additional time to review the evidence in this case. Because of some logistical difficulties, all the evidence was not at one location until this week, when it made it to the Bakersfield ICE office. Defense counsel visited the location with his investigator on Monday, reviewing approximately 3 boxes out of 20. Additional time will be needed to review the rest of the evidence and after viewing the evidence, defense would like an opportunity to discuss possible settlement with the government.

　　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: August 16, 2011           By:   /s/ Henry Carbajal
                                       HENRY CARBAJAL
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

                                       DANIEL J. BRODERICK
                                       Federal Defender

DATED: August 16, 2011           By:   /s/ Charles J. Lee
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ERIC HUGGINS

# O R D E R

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 17, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE