DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC HUGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>ERIC HUGGINS,<br><br>    *Defendant.* | No. 1:11-cr-00080 AWI<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:  December 12, 2011<br>TIME:  10:00 A.M.<br>JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 24, 2011, **may be continued to December 12, 2011 at 10:00 a.m.**

      This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  Defense anticipates the government will send a plea agreement over this week. Additional time will then be needed to review the agreement, make the appropriate guideline calculations, to consult with the client, and potentially to make a counter-offer.

      The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 17, 2011

By: /s/ Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 17, 2011

By: /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
ERIC HUGGINS

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: October 17, 2011

CHIEF UNITED STATES DISTRICT JUDGE