DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC HUGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00080 AWI |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE:   January 23, 2012 |
| ERIC HUGGINS, | TIME:   9:00 A.M. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 12, 2011, **may be continued to January 23, 2012 at 9:00 a.m.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case.  The government has recently provided defense with an offer.  However, because of defense counsel starting trial next week, I will be unable to properly review the offer with client before the next status conference date.  The requested continuance is with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: December 1, 2011    By:  /s/ Henry Carbajal
                                    HENRY CARBAJAL
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: December 1, 2011    By:  /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ERIC HUGGINS

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   December 2, 2011

                                                  CHIEF UNITED STATES DISTRICT JUDGE