DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC HUGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-00080 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE HEARING |
| v. ) | |
| ) | DATE: April 23, 2012 |
| ERIC HUGGINS, ) | TIME: 9:00 A.M. |
| ) | JUDGE: Hon. Anthony W. Ishii |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 23, 2012, **may be continued to April 23, 2012 at 9:00 a.m.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Defense investigators have gone to the Bakersfield ICE office a total of 12 days to review 958 items of evidence, taking 2904 photographs. Defense needs additional time to evaluate the items in evidence and consider their guideline ramifications in order to properly advise Mr. Huggins. Once defense has a better understanding of the loss calculations under the guidelines, defense believe this case will reach a resolution. The requested continuance is with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: January 12, 2012          By:   /s/ Henry Carbajal
                                              HENRY CARBAJAL
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: January 12, 2012          By:   /s/ Charles J. Lee
                                              CHARLES J. LEE
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ERIC HUGGINS

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   January 13, 2012

CHIEF UNITED STATES DISTRICT JUDGE