DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC HUGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIC HUGGINS, <br><br> Defendant. | No. 1:11-cr-00080 AWI <br><br> STIPULATION & ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: June 11, 2012 <br> Time: 10:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 23, 2012, **may be continued to June 11, 2012 at 10:00 a.m.**

The reason for the continuance is to permit newly assigned defense counsel additional time to review discovery, further investigation, and plea negotiation. This continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

///

///

///

|   |   |   |
|---|---|---|
|   |   | BENJAMIN WAGNER<br>United States Attorney |
| DATED: April 17, 2012 | By: | /s/ *Henry Z. Carbajal III*<br>HENRY Z. CARBAJAL III<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 17, 2012 | By: | /s/ *Ann H. Voris*<br>ANN H. VORIS<br>Assistant Federal Defender<br>Attorney for Defendant<br>Eric Huggins |

### **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   April 18, 2012                                             _____
                                                                           CHIEF UNITED STATES DISTRICT JUDGE

Huggins - Stipulation & Order to Continue
Status Conference Hearing