BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ERIC HUGGINS,<br><br>               Defendant. | CR-F-11-00080 AWI<br><br>STIPULATION AND ORDER<br>TO RESCHEDULE FILING DEADLINES<br>AND DATES FOR TRIAL CONFIRMATION<br>HEARING AND TRIAL |

    The parties have agreed to alter the currently-scheduled dates for filing of motions, the hearing on those motions and trial confirmation date, as well as the trial date.  The new filing deadline for motions in limine will be May 6, 2013; responses to motions in limine will be due by June 3, 2013; and any (optional) reply will be due by June 17, 2013.  The hearing on the motions in limine and trial confirmation will be on July 1, 2013, and the trial will be scheduled to begin on July 23, 2013.  The new dates are prompted by a potential conflict on

1

1  government counsel's calendar, additional discovery that has been
2  provided to the defendant, and the parties' agreement to meet to
3  attempt to resolve the case without a trial.
4      The parties agree that the time until the trial will
5  continue to be excluded under the Speedy Trial Act for response
6  to and consideration of any pretrial motions and to preserve the
7  interests of justice under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).
8  Dated:    February 27, 2013           Respectfully submitted,
9
10                                       BENJAMIN B. WAGNER
                                         United States Attorney
11
12                                       /s/ David  Gappa
                                     By: DAVID L. GAPPA
13                                       Assistant U.S. Attorney
14
                                         /s/ Ann McGlenon
15                                       ANN McGLENON
16                                       Counsel for Eric Huggins

2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-F-11-00080 AWI |
| Plaintiff, | ) ORDER ON |
| | ) STIPULATION TO RESCHEDULE |
| v. | ) FILING DEADLINES AND DATES FOR |
| | ) HEARING ON MOTIONS AS WELL AS |
| | ) TRIAL DATE |
| ERIC HUGGINS, | ) |
| Defendant. | ) |

**ORDER**

For the reasons outlined in the stipulation of the parties filed on February 27, 2013, the filing deadline for motions in limine will be May 6, 2013; responses to motions in limine will be due by June 3, 2013; and any (optional) reply will be due by June 17, 2013.  The hearing on the motions in limine and trial confirmation will be on July 1, 2013, and the trial will be scheduled to begin on July 23, 2013.

Time is excluded under the Speedy Trial Act, under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A), through that date and time as well.

IT IS SO ORDERED.

Dated:   February 28, 2013

SENIOR DISTRICT JUDGE

3